| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Kelsey Aburn | 6/9/1987 | MD | District of Delaware | No | Bethany Bay Pump District (DE0000221) | No | Ulcerative Colitis | 1-9 |
| Lori Adams | 7/1/1971 | FL | Middle District of Florida | No | HCPUD/South-Central (FL6290787) | No | Kidney Cancer | 1-9 |
| Robert Adams | 4/24/1995 | NC | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| Barbara Adkins | 12/29/1987 | KY | Eastern District of Kentucky | No | Cannonsburg Water District (KY0100064) | No | Kidney Cancer | 1-9 |
| Neashada Agbasi | 4/25/1989 | AL | Northern District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Ulcerative Colitis | 1-9 |
| Gilbert Aguilar | 1/9/1956 | WA | Central District of California | No | Orchard Dale Water District (CA1910101) | No | Liver Cancer | 1-9 |
| Gena E Aldana | 5/3/1974 | NV | Central District of California | No | Adelanto, City Of (CA3610001) | No | Ulcerative Colitis | 1-9 |
| Dennis Aldridge | 6/13/1956 | TN | Middle District of Florida | No | City of St. Petersburg (FL6521715) | No | Kidney Cancer | 1-9 |
| Jenifer Allgyer | 5/2/1974 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| Ali Alqatami | 10/16/1963 | CA | Eastern District of California | No | City of Clovis (CA1010003) | No | Testicular Cancer | 1-9 |
| Joslyn Alves | 8/4/1980 | TX | Eastern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| Eduardo Andrade | 9/1/1980 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Liver Cancer | 1-9 |
| Shawn Armond | 12/15/1986 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| Rick Austin | 1/16/1969 | NJ | District of New Jersey | No | City of Newark Water Department (NJ0714001) | No | Kidney Cancer | 1-9 |
| Kathleen Azzarello | 4/7/1949 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| Robert Baccarie | 2/6/1969 | FL | Southern District of Florida | No | Boynton Beach PWS (FL4500145) | No | Kidney Cancer | 1-9 |
| Brandon Ballard | 3/13/1988 | GA | Middle District of Georgia | No | Cobb County Water Company (GA0670003) | No | Testicular Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Michael Barnes | 6/11/1968 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| Richard Bartczak | 2/28/1945 | FL | Northern District of Illinois | Yes | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |
| Jim Beasley | 8/12/1940 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| Naomi Bell | 6/27/1967 | CT | District of Connecticut | No | Manchester Water Department (CT0770021) | No | Kidney Cancer | 1-9 |
| Walter Bell | 12/6/1955 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Liver Cancer | 1-9 |
| Roy Bennett | 3/20/1963 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| Lee Beschorner | 8/13/1978 | KY | Eastern District of Kentucky | No | Mt Sterling Water Works (KY0870298) | No | Kidney Cancer | 1-9 |
| Maximo Betancourt | 7/11/1989 | PA | Middle District of Pennsylvania | No | Robeson County Water System (NC0378055) | No | Kidney Cancer | 1-9 |
| Estelle Betesh | 6/22/1964 | NY | Eastern District of New York | No | NJ American Water - Coastal North (NJ1345001) | No | Ulcerative Colitis | 1-9 |
| Lloyd Bickford | 8/1/1985 | TX | Northern District of Texas | No | Ketchikan Public Utilities (AK2120232) | No | Testicular Cancer | 1-9 |
| Paul Biondi | 6/9/1958 | FL | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Kidney Cancer | 1-9 |
| Willie Blakeney | 8/27/1947 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| Joseph Blankenship | 8/28/1982 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| Chad Bleakney | 11/6/1976 | OH | Southern District of Ohio | No | City of Zanesville (OH6002712) | No | Testicular Cancer | 1-9 |
| Christopher Bowen | 1/11/1983 | FL | Southern District of Florida | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| Charles Boyd | 8/11/1955 | AR | Eastern District of Arkansas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Blaise Brodeur | 5/6/1961 | MA | District of Massachusetts | No | VC/SOUTHWEST WATER SYSTEM (FL3641336) | No | Kidney Cancer | 1-9 |
| Paul Broyles | 4/4/1970 | SC | District of South Carolina | No | City of Raleigh (NC0392010) | No | Kidney Cancer | 1-9 |
| Richard Bruins | 7/7/1964 | CA | Central District of California | No | Lynwood City Water Department (CA1910079) | No | Testicular Cancer | 1-9 |
| Brandon Buckelew | 10/13/1974 | IL | Central District of Illinois | Yes | Rancho California Water District (CA3310038) | No | Kidney Cancer | 1-9 |
| Jerry Bull | 3/31/1966 | MA | District of Massachusetts | No | Pembroke Water Works (NH1861010) | No | Kidney Cancer | 1-9 |
| Wesley Bush | 5/22/1963 | OR | District of Oregon | No | Lakehaven Water And Sewer District (WA5341997) | No | Ulcerative Colitis | 1-9 |
| David Camacho | 5/10/1953 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| Javier Cambero | 6/12/1949 | CA | Central District of California | No | Rubidoux Community SD (CA3310044) | No | Testicular Cancer | 1-9 |
| Jason Campbell | 11/8/1972 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Kidney Cancer | 1-9 |
| Misti Carpenter | 5/2/1986 | OR | District of Oregon | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| Kennedy Carr | 3/4/1957 | CA | Southern District of California | No | Sweetwater Authority (CA3710025) | No | Liver Cancer | 1-9 |
| Tom Carse | 7/29/1971 | NJ | District of New Jersey | No | CTWC - Shoreline Region - Guilford System (CT0608011) | No | Kidney Cancer | 1-9 |
| Kimberly Carter | 3/27/1959 | NC | Eastern District of North Carolina | No | City of Raleigh (NC0392010) | No | Kidney Cancer | 1-9 |
| James Cassell | 2/28/1974 | MA | District of Massachusetts | No | Salisbury Water Division (MA3259000) | No | Kidney Cancer | 1-9 |
| Jonathon Casteel | 10/9/1989 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Testicular Cancer | 1-9 |
| Jose Cerdeira | 8/20/1977 | CT | District of Connecticut | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| Jhon Chalestra | 11/18/1986 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Liver Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Philip Chavez | 5/5/1962 | CA | Central District of California | No | Pico Rivera - City, Water Dept. (CA1910042) | No | Kidney Cancer | 1-9 |
| Silvia Childers Hermosillo | 9/13/1957 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| Michael Childress | 6/2/1974 | WA | Western District of Washington | No | JBLM Lewis (WA5326050) | No | Kidney Cancer | 1-9 |
| Richard Chitwood | 3/12/1973 | GA | Northern District of Georgia | No | Marietta (GA0670005) | No | Kidney Cancer | 1-9 |
| Carl Christensen | 4/20/1971 | UT | District of Utah | No | North Salt Lake City Water System (UTAH06019) | No | Testicular Cancer | 1-9 |
| Hector M Chuchuca | 3/28/1978 | NY | Eastern District of New York | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Testicular Cancer | 1-9 |
| Tamara Church | 6/2/1958 | CA | Southern District of California | No | San Diego County Water Authority;Otay Water District (CA3710042) | No | Kidney Cancer | 1-9 |
| Aaron Clarke | 1/11/1982 | IN | Southern District of Indiana | No | Ramsey Water Company, Inc. (IN5231005) | No | Ulcerative Colitis | 1-9 |
| Frank Clary | 5/6/1975 | WA | District of Washington | No | Southwood Water System (WA5382844) | No | Testicular Cancer | 1-9 |
| Emmett Clements | 9/20/1953 | GA | Northern District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |
| Paul Clower | 9/11/1948 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| Timothy Cochran | 2/4/1960 | PA | Middle District of Pennsylvania | No | Dover Township Water System (PA7670073) | No | Kidney Cancer | 1-9 |
| Jerry Cohen | 7/27/1942 | FL | Middle District of Florida | No | City of Apopka (FL3480200) | No | Kidney Cancer | 1-9 |
| Stuart Cohen | 4/19/1973 | NY | Eastern District of New York | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| Shelton Collins Sr. | 10/18/1963 | AL | Middle District of Alabama | No | Opelika Utilities (AL0000816) | No | Kidney Cancer | 1-9 |
| Olive Collins | 7/12/1949 | SC | District of South Carolina | No | City of Florence (SC2110001) | No | Kidney Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Jorge Colon | 4/14/1974 | NJ | District of New Jersey | No | NJ American Water - Liberty (NJ2004001) | No | Testicular Cancer | 1-9 |
| Hector Comrie | 11/10/1956 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| Jamie Conrad | 5/30/1976 | NY | Northern District of New York | No | Pennichuck Water Works (NH1621010) | No | Ulcerative Colitis | 1-9 |
| Garon Contreras | 6/26/1971 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| Jimmy Cook | 8/19/1960 | SC | District of South Carolina | No | City Of Lancaster (SC2910001) | No | Kidney Cancer | 1-9 |
| Steven Cook | 5/29/1951 | AL | Northern District of Alabama | No | Oxford Water Works (AL0000163) | No | Kidney Cancer | 1-9 |
| Rodney Cooper Sr. | 9/11/1954 | CA | Eastern District of California | No | City Of Vacaville (CA4810008) | No | Kidney Cancer | 1-9 |
| Arturo Corral | 9/21/1967 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Liver Cancer | 1-9 |
| Richard Coulter | 12/13/1965 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| Michael Crabb | 1/26/1980 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Testicular Cancer | 1-9 |
| Kerwin Craigwell | 7/15/1991 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Liver Cancer | 1-9 |
| Walter B Crist | 12/25/1943 | IA | Southern District of Iowa | No | West Des Moines Water Works;Des Moines Water Works (IA7785007) | No | Kidney Cancer | 1-9 |
| John Cronon | 4/2/1952 | PA | Eastern District of Pennsylvania | No | Aqua PA - Bristol (PA1090001) | No | Kidney Cancer | 1-9 |
| Franklyn Crowley | 8/12/1980 | NY | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Kidney Cancer | 1-9 |
| Victoria Curtis | 10/14/1957 | FL | Northern District of Florida | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| Sophia Cuthbertson | 5/15/1983 | NC | Middle District of North Carolina | No | China Grove, Town Of (NC0180040) | No | Kidney Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Justin L Cutright | 8/25/1975 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| Jawanda Cuttino | 2/13/1984 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Liver Cancer | 1-9 |
| Wudly Daity | 1/5/1988 | NY | Eastern District of New York | No | Winter Garden Water Dept (3 Wps) (FL3481481) | No | Liver Cancer | 1-9 |
| Jack Daley | 6/25/2002 | CT | District of Connecticut | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| Walter Dalton | 9/9/1952 | TX | Eastern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |
| Pamela Daniels | 11/13/1955 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Kidney Cancer | 1-9 |
| Phillip Anthony Darley | 9/11/1967 | VA | Eastern District of Virginia | Yes | Fort Eustis (VA3700100) | No | Kidney Cancer | 1-9 |
| Steven Dattilo | 7/6/1985 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| Edgar Davalos | 12/28/1980 | CA | Central District of California | No | Commerce-City, Water Dept. (CA1910050) | No | Kidney Cancer | 1-9 |
| Raymond Davila | 1/20/1974 | NJ | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Kidney Cancer | 1-9 |
| Allen Davis | 2/11/1943 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| Anna Davis | 5/20/1964 | CA | Southern District of California | Yes | Golden State WC - West Orange County (CA3010022) | No | Ulcerative Colitis | 1-9 |
| Paul Davis | 12/11/1968 | MI | Western District of Michigan | No | City of Grand Rapids Water System (MI0002790) | No | Kidney Cancer | 1-9 |
| Thomas J. Davis | 1/9/1963 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| Joseph Deardorff | 8/26/1944 | DE | District of Delaware | No | Bethany Bay Pump District (DE0000221) | No | Kidney Cancer | 1-9 |
| Vincent Delatorre | 2/8/1974 | PA | Western District of Pennsylvania | No | Pennsylvania American Water Company - Pittsburgh (PA5020039) | No | Kidney Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Chad Demyanovich | 4/25/1979 | FL | Northern District of Florida | No | Manchester Water Works (NH1471010) | No | Testicular Cancer | 1-9 |
| Sam Di Benedetto | 3/10/1975 | AL | Southern District of Alabama | No | Riviera Utilities (AL0300029) | No | Testicular Cancer | 1-9 |
| Jerry Dicks | 12/16/1960 | MA | District of Massachusetts | No | Pennichuck Water Works (NH1621010) | No | Testicular Cancer | 1-9 |
| Robert Dinkel | 8/13/1970 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| Wayne Dismikes | 6/8/1953 | AL | Middle District of Alabama | No | Tri-Community Water System (AL0000549) | No | Kidney Cancer | 1-9 |
| Victor Dixon | 12/8/1962 | FL | Southern District of Florida | No | Indian River County Utilities (2 Wtps) (FL3314052) | No | Kidney Cancer | 1-9 |
| Richard Dodd Jr. | 12/2/1970 | MO | Western District of Missouri | No | Springfield Pws (MO5010754) | No | Kidney Cancer | 1-9 |
| Ryan Doehring | 7/18/1986 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Testicular Cancer | 1-9 |
| Larry Dogan | 9/29/1984 | CA | Eastern District of California | No | City of Lodi (CA3910004) | No | Ulcerative Colitis | 1-9 |
| Ryan J Doran | 6/12/1983 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| David Douglas | 8/13/1950 | OR | District of Oregon | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |
| Martin Downing | 5/8/1961 | OH | Southern District of Ohio | No | Highland County Water Company, Inc. (OH3600514) | No | Kidney Cancer | 1-9 |
| John T Duffy, Jr. | 7/10/1975 | PA | Eastern District of Pennsylvania | No | Chester Water Authority (PA1230004) | No | Testicular Cancer | 1-9 |
| Goth A Duggin | 9/20/1960 | CA | Eastern District of California | No | Cal Water Service - Oroville (CA0410005) | No | Kidney Cancer | 1-9 |
| Ryan Duncan | 1/9/1978 | TX | Northern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| Julia Dunn | 10/29/1956 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Kidney Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Arturo Durazo | 6/6/1966 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| Jami Duske | 5/11/1982 | CA | Central District of California | No | City of Fort Lauderdale (FL4060486) | No | Ulcerative Colitis | 1-9 |
| Jamin Dwyer | 11/26/1979 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| Robby Easterling | 11/1/1955 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Testicular Cancer | 1-9 |
| Robert Eckles Jr. | 3/31/1968 | NY | Eastern District of New York | No | City Of Rocky Mount (NC0464010) | No | Kidney Cancer | 1-9 |
| Solis Eclipse | 2/20/1993 | AZ | District of Arizona | Yes | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| William Edwards Jr. | 3/7/1982 | NJ | District of New Jersey | No | City of Camden (NJ0408001) | No | Kidney Cancer | 1-9 |
| Nancy Elhorre | 9/14/1962 | FL | Middle District of Florida | No | Lake Utility Services Inc. - North (FL3354883) | No | Kidney Cancer | 1-9 |
| Jose Elizalde | 3/25/1958 | CA | Southern District of California | No | City of Orange (CA3010027) | No | Kidney Cancer | 1-9 |
| Teressa Ellison | 2/2/1975 | SC | District of South Carolina | No | City of Union (SC4410001) | No | Ulcerative Colitis | 1-9 |
| Stephen Ellsworth | 2/17/1962 | TX | Southern District of Texas | Yes | City Of Haltom City (TX2200014) | No | Ulcerative Colitis | 1-9 |
| Ahmed Elrashidy | 6/14/1958 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| Jack Epperson | 11/6/1935 | AL | Northern District of Alabama | No | Childersburg Water & Sewer Board (AL0001228) | No | Kidney Cancer | 1-9 |
| Louis Esa | 1/10/1952 | NJ | District of New Jersey | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| James Escue | 2/17/1978 | AL | Northern District of Alabama | No | Northeast Alabama Water System (AL0001422) | No | Kidney Cancer | 1-9 |
| Tara D Eskina | 2/18/1978 | AZ | District of Arizona | No | EPCOR - San Tan (AZ0411128) | No | Ulcerative Colitis | 1-9 |
| Julio Estrada | 4/27/1968 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Bradford Ethridge | 11/12/1969 | IL | Central District of Illinois | No | East Moline (IL1610250) | No | Kidney Cancer | 1-9 |
| Harold Fagan | 7/6/1943 | AL | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| Holden Fellers | 8/23/1993 | OH | Southern District of Ohio | No | City of Zanesville (OH6002712) | No | Ulcerative Colitis | 1-9 |
| Gregory Ferguson | 8/15/1949 | TX | Southern District of Texas | No | Spencer Road Pud (TX1010654) | No | Kidney Cancer | 1-9 |
| Frank Fernandez | 9/7/1942 | CA | Eastern District of California | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| Jessica Ferree | 10/17/2000 | OR | District of Oregon | No | Tualatin Valley Water District (OR4100665) | No | Kidney Cancer | 1-9 |
| Sione Filimoeatu | 10/15/1954 | UT | District of Utah | No | St George City Water System (UTAH27015) | No | Testicular Cancer | 1-9 |
| Jay Finks | 4/10/1965 | OH | Southern District of Ohio | No | Delaware City Pws (OH2100311) | No | Kidney Cancer | 1-9 |
| Kellie Finnegan | 9/24/1970 | MA | District of Massachusetts | No | Webster Water Department (MA2316000) | No | Kidney Cancer | 1-9 |